UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60069-CIV-GOLD/MCALILEY

EDUARDO FARINA,

    Plaintiff,

v.

SUSHI TAKARA, INC., et al.,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE comes before the Court following the settlement conference before Magistrate Judge William C. Turnoff which took place on June 3, 2008. As stated on the docket, the parties have settled this case [DE 55]. Judge Turnoff directed the parties to file final documents to close this case within 10 days. Based on the proceedings at the settlement conference, I will administratively close this case and cancel all trial and pretrial dates. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. This case is administratively CLOSED.

2. All trial and pretrial dates are CANCELLED.

3. All pending motions are DENIED as moot.

4. The parties shall file final documents to close this case within 10 days of the docketing of this order.

DONE AND ORDERED in Chambers in Miami, Florida this 4 day of June, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
U.S. Magistrate William C. Turnoff
All counsel of record