UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60069-CIV-GOLD/MCALILEY

EDUARDO FARINA,

    Plaintiff,

v.

SUSHI TAKARA, INC., and
THANH PHAN,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE; CLOSING CASE

THIS CAUSE comes before the Court on the Joint Stipulation for Dismissal with Prejudice [DE 58] filed on June 16, 2008.  In this Stipulation, the parties represent that pursuant to the settlement reached by the parties, they stipulate to the dismissal of this action with prejudice.  The parties attach their settlement agreement, and request that the Court retain jurisdiction over this action and the settlement.  In response to this Court's order, the parties further submitted a Notice of the net amount to be received by Plaintiff [DE 60].  I have reviewed the settlement agreement and the Notice pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11 th Cir. 1982), and I approve the settlement agreement and dismiss this case with prejudice.  Accordingly, it is hereby

    ORDERED AND ADJUDGED that

    1.    This case is DISMISSED with prejudice.

    2.    The Court retains jurisdiction over this action and the settlement agreement.

    3.    This case is CLOSED.

    4.    All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 11th day of July, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record